# Court of Appeals
# of the State of Georgia

ATLANTA,      August 15, 2016

*The Court of Appeals hereby passes the following order:*

**A16A2145.  HENRY ELVANSIA PURSLEY v. THE STATE.**

In 2013, Henry Elvansia Pursley pled guilty to aggravated battery, aggravated assault, and kidnapping.  Pursley did not file a direct appeal of his convictions or sentence.

In March 2016, Pursley filed a motion to correct a void sentence, arguing that the facts required merger of his convictions, and that the evidence was insufficient to support his convictions. The trial court dismissed Pursley's motion, and he filed this direct appeal. We lack jurisdiction.

An appeal may lie from an order dismissing a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216, 217 n.1 (1) (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  Pursley's merger argument, however, is a challenge to his convictions, not to his sentence, as is his argument regarding the sufficiency of the evidence.  See *Williams v. State*, 287 Ga. 192, 193-194 (695 SE2d 244) (2010). Because Pursley has not raised a valid void-sentence claim, we lack jurisdiction to consider his appeal.  See id.; *Harper*, supra at 218 (2).  In addition, to the extent that Pursley's motion could be construed as seeking to vacate or modify his convictions, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case," and any appeal from an order denying or dismissing such a motion must be dismissed. See *Harper*, supra at 218 (1) & (2); see also *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __08/15/2016__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*